UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK      Attorney: VICTOR M. BROWN, ESQ. - 2314

---

KEISHA CORBETT & ANTHONY CORBETT

                                      Plaintiff(s)

                  - against -

THE CITY OF NEW YORK, ETAL

                                      Defendant(s)

Index #: 15 CV 3412

Date Filed: 6/10/15
VIA ECF

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on March 30, 2016 at 12:38 PM at

NYPD- GANG QUEENS NORTH SQUAD
1 POLICE PLAZA
NEW YORK, NY 10038

deponent served the within true copy/copies of the FIRST AMENDED COMPLAINT & JURY DEMAND on NEW YORK CITY POLICE DETECTIVE JOSEPH WELDON, TAX ID 942693, the defendant/respondent therein named,

**SUITABLE AGE**    by delivering thereat a true copy/copies of each to VALERIE CALDWELL a person of suitable age and discretion. Said premises is the defendant's/respondent's actual place of business within the state. She identified herself as being AUTHORIZED to accept for the defendant/respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 52 | 5'5 | 150 |

GLASSES

**MAILING**    Deponent enclosed a true copy/copies of same in a postpaid wrapper properly addressed to the defendant/respondent at the defendant's/respondent's actual place of business at

NYPD- GANG QUEENS NORTH SQUAD
1 POLICE PLAZA
NEW YORK, NY 10038

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on March 30, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside envelope thereof, by return address or otherwise that the communication is from an attorney or concerns an action against the party to be served.

**MILITARY SERVICE**    Person spoken to was asked whether the defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to me on: March 30, 2016

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2018

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2017

Gotham Process Inc.
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 1187234
Docket #: *981648*